B104 (FORM 104) (08/07)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) **23-89** |
|---|---|
| **PLAINTIFFS** <br> ISHMAEL OLUFEMI HEDD | **DEFENDANTS** <br> WALDEN UNIVERSITY DEPARTMENT OF EDUCATION ET AL |
| ATTORNEYS (Firm Name, Address, and Telephone No.) <br> USBC-MD B FILED <br> 7 APR '23 PM 3:42 | ATTORNEYS (If Known) <br> UNKNOWN. |
| **PARTY** (Check One Box Only) <br> ☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor ☐ Other <br> ☐ Trustee |
| CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED) <br> To Discharge Student loans under U.S.C 523 (a)(8) ||

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☒ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought ||

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Ishmael Olufemi Hedd | BANKRUPTCY CASE NO.<br>23-11157 | | |
| DISTRICT IN WHICH CASE IS PENDING<br>District of Maryland | DIVISION OFFICE | NAME OF JUDGE | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>*[signature]* | | | |
| DATE<br>3/31/2023 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Ishmael Olufemi Head | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

Official Form 16D
(12/04)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | Case No:23-11157 |
| ISHMAEL OLUFEMI HEDD, Debtor | ) | Chapter 7 |
| | ) | |
| | ) | |
| Plaintiff | ) | 23-89 |
| | ) | |
| Walden University | ) | |
| Prince George's Community College | ) | |
| Mountain State University | ) | |
| Department of Education | ) | |
| | ) | |
| Defendants | ) | |

### COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOANS

I **Ishmael Olufemi Hedd** self-represented in the above caption case and states the following:

1. I filed this case under chapter 7 of the bankruptcy code on February 22$^{nd,}$ 2023. This court has jurisdiction over this action under U.S.C 1334.

2. One or more of the unsecured debts I owed and listed in Schedule Fare student loans owing to various the Department of Education and Walden University.

3. The defendant is the Creditor and is responsible for the overall operation of the guaranteed student loan program.

4. These loans were incurred to pay for my tuition, room and board, texts books, and other expenses at Mountain State University, Prince George's Community College, and Walden University.

5. Refusing these loans from discharge would create an exceptional hardship for my family.

6. I am currently faced with a $1300 per month garnishment for two child support obligation cases.

Official Form 16D
(12/04)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | Case No:23-11157 |
| ISHMAEL OLUFEMI HEDD, Debtor | ) | Chapter 7 |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| Walden University | ) | |
| Prince George's Community College | ) | |
| Mountain State University | ) | |
| Department of Education | ) | |
| | ) | |
| Defendants | ) | |

7. My fiancée, also the mother of my newborn son, has just been diagnosed with a terminal condition that prevents her from working, making me the only provider of our family.

8. I am currently behind on my rent for almost 6 months totaling $16,800. (Currently fighting Eviction).

9. I am unable to get a second job because I must help care for my newborn as my fiancée is very sick.

10. Without a full discharge, I am unable to return to full functionality in society nor would I be able to afford a vehicle and affordable housing and continue providing for my family.

I have no other anticipated resources to pay the loans and any payments on these loans could cause great hardship for me and my family.

This is the 3rd day of March 2023.

_____
Ishmael Olufemi Hedd
Debtor

Official Form 16D
(12/04)
USBC-MD B FILED
7 APR '23 PM3:43

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In re:  )  Case No:23-11157
ISHMAEL OLUFEMI HEDD, Debtor  )  Chapter 7
)
)
Plaintiff  )
)
Walden University  )
Prince George's Community College  )
Mountain State University  )
Department of Education  )
)
Defendants  )

## CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS

I, Ishmael Olufemi Hedd certify that service of this summons and a copy of the complaint was made on 3/23/2023 by regular first-class United States mail, postage fully prepaid addressed to:

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374


Walden Collections

100 S Washington Ave

Minneapolis, MN 55401


Mountain State University

214 S Viking Way

Martinsburg WV 25401


Prince George's Community College

301 Largo Rd,

Largo, MD 20774

Under penalty of perjury, I declare that the foregoing is true and correct this 23rd day of March 2023

Date __3/23/2023__          Signature __[signature]__

Print Name __Ishmael Olufemi Held__
Address __7966 Alchemy Way__
City __Elkridge__  State __MD__  Zip __21075__

**Exhibit A: Student Loan Organizations**

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $8900.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $4252.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $6564.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $1000.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $3501.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $6723.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $1948.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $5002.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $3438.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $2295.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $2394.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $5403.00


US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $2295.00


US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $5152.00


US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $4502.00


US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $5303.00

US Department of Education/Nelnet

PO Box 740283

Atlanta, GA 30374

Balance: $2295.00

