Entered: August 9th, 2023
Signed: August 8th, 2023
**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | |
| Ishmael Olufemi Hedd, | * | Case No. 23-11157-MMH |
| Debtor. | * | Chapter 7 |
| * * * * * * | * * * * * * * | |
| Ishmael Olufemi Hedd, | * | |
| Plaintiff, | * | Adv. No. 23-00089-MMH |
| v. | * | |
| Walden University, Prince George's Community College, Mountain State University, and Department of Education, | * | |
| Defendants. | * | |
| * * * * * * * | * * * * * * | |

## ORDER STRIKING NOTICE OF DEFAULT
## AND DIRECTING ACTIONS BY PLAINTIFF

This matter is before the Court on the Notice of Default (the "Notice") filed by the above-captioned plaintiff (the "Plaintiff"). ECF 10. By the Notice, the Plaintiff indicates certain service upon the above-captioned defendants (the "Defendants"). None of the Defendants were served

in accordance with Federal Rule of Bankruptcy Procedure 7004 ("Rule 7004").[1] Further, Rule 7004(e) requires that a summons be served within 7 days of issuance. Before the Court can take any action in this case, the Plaintiff must cure these defects in service. Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

    **ORDERED**, that the Notice is hereby stricken; and it is further

    **ORDERED**, that the Plaintiff shall request reissuance of the summons to appropriately serve the Defendants with the Complaint and summons in this proceeding and file an affidavit of summons service indicating the same **within 21 days of this entry** or the Court may consider dismissal of this adversary proceeding in accordance with usual court procedures.

cc:    Plaintiff

**END OF ORDER**

---

[1] Rule 7004 requires that a summons and complaint be served upon a defendant corporation by mailing those documents to the attention of an officer or an agent (including a resident agent), and upon a defendant agency of the United States by mailing the same to 1) the civil process clerk at the office of the U.S. Attorney for the district of Maryland, and 2) to the Attorney General of the United States.