Entered: March 14th, 2024
Signed: March 14th, 2024
**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **23–11157 – MMH**    Chapter: **7**    Adversary No.: **23–00089**

**Ishmael Olufemi Hedd**
Debtor

**Ishmael Olufemi Hedd**
Plaintiff

vs.

**Walden University**
**Prince George's Community College**
**Mountain State University**
**Department of Education**
Defendant

## ORDER OF DISMISSAL
## FOR NON–PROSECUTION OF ADVERSARY PROCEEDING

Based upon the foregoing Notice of Contemplated Dismissal for Non–Prosecution of Adversary Proceeding, no action having been taken pursuant thereto, it is ORDERED that the above–referenced proceeding is DISMISSED.

cc:    Plaintiff

   Attorney for Plaintiff – PRO SE

   Defendant

   Attorney for Defendant – PRO SE

## End of Order

15x34 (12/15/2004) – *MarkRybczynski*